## Commonwealth *v.* Alexander, Appellant.

Argued June 10, 1970. *Evan Silverstein,* Assistant Defender, with him *John W. Packel,* Assist-

ant Defender, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Deputy District Attorney, with him *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.